**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge:** Deborah M. Fine | **Date:** March 4, 2024 |
| **USA v. Peter Biar Ajak** | **Case Number:** 24-03084MJ-002-PHX-MTM |

**Assistant U.S. Attorney:** David Pimsner and AUSA Amy Chang
**Attorney for Defendant:** Retained Attorney Kurt Altman
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**INITIAL APPEARANCE:**
DOA: 3/1/2024

This is the time set for Initial Appearance as to Peter Biar Ajak held on 3/4/2024. The Government moves to unseal this case. SO ORDERED. The Defendant has retained counsel. The Government is seeking detention. Hearings requested. Request GRANTED as set forth below. The Defendant shall remain temporarily detained and waives time.

As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

Detention Hearing and Status Hearing re: Preliminary Hearing set for **3/8/2024 at 10:30 AM** before Magistrate Judge Deborah M. Fine in Courtroom 303, 401 West Washington Street, Phoenix, AZ 85003.

**Recorded By** Courtsmart
**Deputy Clerk** Sherry Strong

IA     6 min

Start:  3:54 PM
Stop:   4:00 PM