AO 442 (Rev. 11/11) Arrest Warrant

```
         FILED      ___ LODGED
         RECEIVED   ___ COPY

         MAR 0 6 2024
         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
| v. | ) |
| Peter Biar Ajak | ) Case No. 24-3084-2-MJ |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Peter Biar Ajak,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count One - Conspiracy to Violate the Arms Export Control Act (AECA) and the International Traffic In Arms Regulations (ITAR) in violation of Title 22, U.S.C. §§ 2778(b)(2), (c); and Title 22, Code of Federal Regulations, Parts 121.1, 123.1, 126.1, 127.1(a)(4), and 127.3; Count Two - Conspiracy to Violate the Export Control Reform Act (ECRA) and the Export Administration Regulations (EAR) in violation of Title 50, U.S.C. §§ 4819(a)(1), 4819(a)(2)(D), and 4819(b); and Title 15, Code of Federal Regulations, Parts 736.2(b)(1) and 774, Supp. No. 1; Count Three - Smuggling of Goods from the United States in violation of Title 18, U.S.C. § 554(a)

Date: February 29, 2024.

_____
M Morrissey
*Issuing officer's signature*

City and state: Phoenix, AZ

Michael T Morrissey, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2-29-24, and the person was arrested on *(date)* 3-1-24
at *(city and state)* Phoenix, AZ.

Date: 3-6-24

_____
*Arresting officer's signature*

Jeremy Kiser Special Agent
*Printed name and title*