AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 07 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Abraham Chol Keech | ) Case No. 24-3084-1-MJ |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Abraham Chol Keech                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count One - Conspiracy to Violate the Arms Export Control Act (AECA) and the International Traffic in Arms Regulations (ITAR) in violation of Title 22, U.S.C. §§ 2778(b)(2), (c); and Title 22, Code of Federal Regulations, Parts 121.1, 123.1, 126.1, 127.1(a)(4), and 127.3; Count Two - Conspiracy to Violate the Export Control Reform Act (ECRA) and the Export Administration Regulations (EAR) in violation of Title 50, U.S.C. §§ 4819(a)(1), 4819(a)(2)(D), and 4819(b); and Title 15, Code of Federal Regulations, Parts 736.2(b)(1) and 774, Supp. No. 1; Count Three - Smuggling of Goods from the United States in violation of Title 18, U.S.C. § 554(a)

Date: February 29, 2024

*M Morrissey*
*Issuing officer's signature*

City and state:  Phoenix, AZ

*Michael T. Morrissey, U.S. Magistrate Judge*
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2-29-24, and the person was arrested on *(date)* 3/1/24
at *(city and state)* Phoenix, AZ.

Date: 3-6-24

*Arresting officer's signature*

Jeremy Kisce, Special Agent
*Printed name and title*