UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | 2:24-cr-00394-SPL-1 |
| | ) | |
| vs. | ) | Phoenix, Arizona |
| | ) | March 15, 2024 |
| Abraham Chol Keech, | ) | 11:16 a.m. |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

BEFORE:  THE HONORABLE EILEEN S. WILLETT, MAGISTRATE JUDGE


TRANSCRIPT OF PROCEEDINGS

Arraignment and Detention Hearing

APPEARANCES:

For the Government:
            U.S. Attorney's Office
            By:  RAYMOND K. WOO, ESQ.
                AMY CHANG, ESQ.
            40 North Central Avenue, Suite 1200
            Phoenix, AZ  85004

For the Defendant Abraham Chol Keech:
            Federal Public Defenders Office
            By: CHALET MONIQUE BRAZIEL, ESQ.
            850 W. Adams St., Ste. 201
            Phoenix, AZ  85007

Transcriptionist:
Elva Cruz-Lauer
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 33
Phoenix, Arizona  85003
(602) 322-7261

Proceedings Recorded by Electronic Sound Recording
Transcript Produced by Transcriptionist

```
 1                    P R O C E E D I N G S
 2           THE CLERK:  Case number CR 24-394, United States of
 3   America versus Abraham Chol Keech.
 4           Before the court for arraignment and detention
 5   hearing.
 6           MR. WOO:  Your Honor, Ray Woo and Amy Chang for the
 7   United States.  Good morning.
 8           THE COURT:  Good morning, Mr. Woo.
 9           Good Morning, Ms. Chang.
10           MS. BRAZIEL:  Good morning, Your Honor.  Chalet
11   Braziel on behalf of Mr. Keech.
12           THE COURT:  Good morning, Ms. Braziel.
13           Good morning, Mr. Keech.
14           THE DEFENDANT:  Good morning, Your Honor.
15           THE COURT:  We are here for arraignment.  Go right
16   ahead, Ms. Braziel.
17           MS. BRAZIEL:  Your Honor, I have had the opportunity
18   to speak with Mr. Keech regarding the charges that are pending
19   before Your Honor.
20           His name is spelled properly.  He is aware of the
21   charges pending against him such that he waives a formal
22   reading.
23           He would like to enter pleas of not guilty as to all
24   charges and a denial of the forfeiture.
25           THE COURT:  Your pleas of not guilty, sir, and denial
```

1    of the forfeiture allegation are hereby entered into the

2    record.

3           It is ordered setting a deadline of 21 days for

4    pretrial motions.

5           Your firm trial date, sir, is now scheduled for

6    Tuesday, May 7th, at 9:00 a.m.  Your judge will be Judge Logan,

7    sir, in Courtroom 501.

8           We are also here for a detention hearing.

9           This is not a presumption case, is it?

10          MR. WOO:  It is not.

11          THE COURT:  All right.  Go right ahead.

12          MR. WOO:  Your Honor, the government is seeking

13   detention in this matter.  As noted in the government's

14   briefing, the conduct is very serious.  It involves million --

15   potential export of millions of dollars of military-grade

16   weaponry to foment an armed conflict in a foreign nation.

17          We submit to the Court that the defendant is a flight

18   risk for a number of reasons.  First, he has no meaningful ties

19   to this community.  It appears that he returned to the United

20   States in March of 2023 for the purpose of acquiring weapons

21   for this scheme.

22          He has no close family in the United States.  He lives

23   by himself, and he has currently been in his current residence

24   in Salt Lake City for nearly five months.

25          You contrast that with his international connections,

UNITED STATES DISTRICT COURT

1    it's striking.  He has close family members abroad.  For

2    example, his wife and kids live in Uganda.  He has siblings in

3    Kenya, and various family members that live in Europe, the

4    Middle East, and Sudan.

5          And as noted in the government's charging documents,

6    he has had contact with foreign military leaders.  In addition

7    to his strong international ties, Mr. Keech has traveled

8    internationally.

9          In fact, on the day of arrest, he had packed luggage

10   for a trip to Uganda.  He was also in possession of five

11   high-powered binoculars, along with military-style attire.

12         In addition to those facts, Your Honor, there's facts

13   as alleged in the scheme that suggest defendant will not abide

14   by the Court's conditions.

15         This was a multi-year conspiracy.  It was complicated.

16   It involved international communications with foreign

17   collaborators.

18         It involved multi layers of deception, involving

19   encrypted messaging applications disguising the nature of

20   payments, the creation of false documents to conceal the true

21   nature of the purchase, and the use of intermediary accounts to

22   ensure that payments were not directly paid to Mr. Keech and

23   his coconspirators.

24         And finally, one additional consideration for flight

25   is the punishment.  The defendant in this case faces up to

1   20-year sentences for some of the charges in the indictment.

2          Given this criminal exposure, the government submits

3   that he would be willing and motivated to flee a country he has

4   no meaningful ties to.

5          So based on these reasons, Your Honor, the government

6   is asking that the defendant be detained as a flight risk, and

7   there are no conditions or combination of conditions that could

8   reasonably assure his appearance in court.

9          The Court can also detain the defendant as a danger to

10  the community.  As the government cited to in its brief, United

11  States versus Hir, H-I-R, the Court can consider danger to a

12  foreign community based on the nature of the charges.

13         And in this case, the nature of the charges involved

14  the export of military-grade weaponry to a foreign nation.

15         The plan itself was a danger to the community, as

16  Mr. Keech and Mr. Ajak admitted to in their interviews with the

17  government.

18         The plan was to incite the government forces to

19  respond to protesters with deadly force, leading to an armed

20  conflict.

21         As the Court is aware, armed conflicts lead invariably

22  to death.  Government forces responding to protesters with

23  deadly force invariably leads to death.  The scheme to do that,

24  so that Mr. Ajak could gain power through this exporting

25  scheme, is clearly outrageous, and a danger to the South

1    Sudanese community.

2         So on the basis of danger to the community, the

3    government would also ask that the Court detain Mr. Keech on

4    that basis.  Thank you.

5         THE COURT:  Thank you, Mr. Woo.

6         Ms. Braziel.

7         MS. BRAZIEL:  Your Honor, Mr. Keech would ask that you

8    consider his history and characteristics in considering whether

9    he should be detained pending the trial.

10        I think one of the things that's interesting and that

11   speaks volumes about him is the fact that he was a Lost Boy,

12   and so as a Lost Boy who knows what it is to have his life

13   threatened, having left South Sudan as a seven-year-old and

14   having walked to Ethiopia for about six months while other

15   children around him died of thirst or were eaten by wild

16   animals, while there was sickness breaking out, and watching

17   those types of devastating things.

18        Mr. Keech really does value the ability to live here

19   in the United States.  The trek that he made to get here was a

20   long one.

21        He left his home in South Sudan in 1987 and wasn't

22   able to get here until 2001 at 21 years of age.  So during that

23   entire time as a youth, he was going from South Sudan to

24   Ethiopia to Kenya, fleeing danger.

25        And now that he's here in the United States, his

1  family is being subjected to danger as well.  And really his

2  desire, more than anything, is to be able to bring them here.

3        They are refugees in Uganda at the moment, and he

4  would really like more than anything to bring them here.  So I

5  understand the government's position that he doesn't have

6  sufficient ties to the United States, but really his desire is

7  to be here along with his family in the United States where

8  they can be safe and not be subjected to the violence that is

9  breaking out in South Sudan.

10        With regard to Mr. Keech, he has managed to create

11  some ties after coming here.  Once he was finally allowed to

12  immigrate to the United States in 2001, he attended school.

13        He graduated from high school in Utah, Horizonte.  He

14  went to Salt Lake Community College and obtained his bachelor's

15  in social work from the University of Utah.  So he did attempt

16  to do what he could to create some measure of ties here.  It

17  was after doing that that he returned back home because he

18  wanted to see his parents.

19        His mother passed away, so he was only allowed to see

20  her one time.  After fleeing at seven years of age, managed to

21  see her, and then stayed to take care of his father, who was

22  diagnosed with cancer and unfortunately died at that time.

23        He eventually came back to the United States and

24  sought work as a social worker.  And so he had been working as

25  a social worker for about the past 10 months or so in Utah.

1          He has an extensive family overseas, as the United

2     States has, you know, brought to Your Honor's attention.  He is

3     financially responsible for taking care of quite a few people

4     since his father has passed away.

5          And so one of his desires is to be able to continue

6     working so that he can send money back home to sustain them as

7     they are in the refugee camp right now.

8          But his desire, as I mentioned earlier, is also to

9     again, allowing them to come over as well to flee the dangers.

10    So he is trying to do what he can at this particular point in

11    time to sponsor his wife as well as his children so that they

12    can reside here.

13         Your Honor, I'd also like to point out the fact that

14    since he has resided here in the United States, he has no prior

15    background.  There's no history of drug, alcohol abuse, or

16    anything of that nature.

17         I would also like to ask that Your Honor consider

18    other measures in order to make sure that the Court is

19    satisfied that Mr. Keech remains in the jurisdiction and

20    presents for the Court as he should.

21         Your Honor is well able to retain the passports that

22    have already been taken from him, as well as perhaps maybe even

23    subject him to GPS or location monitoring.  All things that he

24    would be more than happy to submit to in order to make sure

25    that he is able to continue to support and maintain the safety

1    of his family.

2            So with that, Your Honor, we ask that you consider

3    releasing Mr. Keech with all of the conditions that Your Honor

4    would deem appropriate in order to feel comfortable with him

5    remaining in the jurisdiction and presenting for court.

6            Thank you, Your Honor.

7            THE COURT:  Thank you, Ms. Braziel.

8            Mr. Woo.

9            MR. WOO:  Your Honor, the only thing I would say in

10   response is the connection to the U.S. community at this point

11   is tenuous at best, because he was here up to -- for six years

12   up to 2007, and then he left.  And he has been gone outside of

13   the country until March of 2023, when he returned.

14           And he has told government investigators that he

15   returned for the purpose of procuring weapons.  I would say

16   conditions -- even strict conditions fashioned by the Court

17   would be insufficient, because they require good faith

18   compliance by the defendant.

19           And without good faith compliance, they can be

20   ineffective and could be easily manipulated and circumvented.

21           There's nothing to prevent Mr. Keech from, if he was

22   released, to use encrypted means to communicate with his

23   foreign collaborators to get a pay-as-you-go phone to

24   communicate with others, to use a third party to send

25   communications.  There would be no visibility by the Court or

1    Pretrial if he were to cause money transfers outside of the

2    country.

3            So for all of the reasons that we've set out in the

4    briefing and in court today, we would ask that the Court detain

5    Mr. Keech as a flight risk and as a danger to the community and

6    find that there are no conditions or combination of conditions

7    that would reasonably assure his appearance to this court.

8            Thank you.

9            THE COURT:  Thank you very much.

10           I have considered all of the information presented to

11   me.  I have considered the reports from Pretrial Services.

12   There were two.  I have considered the government's detention

13   memoranda.  I have considered the pleadings in the file and all

14   the information that's been presented here today and proffered

15   by counsel.

16           I do find by a clear and convincing evidence, sir,

17   that you are a danger to the community, and by a preponderance

18   of the evidence that you are a flight risk.  So, sir, you will

19   be detained pending the next steps in your case.

20           Ms. Braziel will be in contact with you shortly to

21   talk to you about the next steps in your case.  You have got

22   that trial date of May 7th at 9:00 a.m.

23           Anything further from the government today?

24           MR. WOO:  No, Your Honor.  Thank you.

25           THE COURT:  Anything further from the defense today?

1          MS. BRAZIEL:  No, Your Honor.

2          THE COURT:  Thank you all.  The hearing is closed.

3          (Proceedings concluded at 11:28 a.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

1        C E R T I F I C A T E

2

3        I, ELVA CRUZ-LAUER, court-approved transcriber,

4   certify that the foregoing is a correct transcript from the

5   official electronic sound recording of the proceedings in the

6   above-entitled matter.

7

8        DATED at Phoenix, Arizona, this 23rd day of March,

9   2024.

10

11                                    s/Elva Cruz-Lauer
                                      _____
12                                    Elva Cruz-Lauer

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT