**ATTORNEY FOR DEFENDANT KEECH**

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>VS.<br><br>1. Abraham Chol Keech<br>and<br>2. Peter Biar Ajak<br><br>Defendant. | NO. CR24-00394-PHX-SPL<br><br>**NOTICE PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE 12.3(a)(1) OF PUBLIC AUTHORITY DEFENSE** |

It is expected that excludable delay pursuant to 18 U.S.C. 3161(h)(F) may result from the filing of this motion or an order based thereon.

COMES NOW the defendant, by and through undersigned counsel and pursuant to Federal Rules of Criminal Procedure 12.3 (a)(1) hereby notices defendant's intention to assert a public authority defense.

RESPECTFULLY SUBMITTED this 10th day of June, 2025.

BY /s/ RICHARD C. BOCK

I hereby certify that on the 10th day of June, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Steven P. Logan
United District Court Judge
logan_chambers@azd.uscourts.gov

M. Brideet Minder
Assistant U.S. Attorney
bridget.mirder@usdoj.gov

Amy Chang
Assistant U.S. Attorney
amy.chang@usdoj.gov

Raymond Woo
Assistant U.S. Attorney
raymond.woo@usdoj.gov

Dominic Rizzi
Co-Counsel for Defendant
rizzilawaz@gmail.com

By: /s/ Richard C. Bock