Altman
LAW & POLICY

**KURT M. ALTMAN, P.L.C.**
Kurt M. Altman (015603)
12621 N. Tatum Blvd., #102
Phoenix, AZ 85032
Admin@altmanaz.com
Phone: (602) 689-5100
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Peter Biar Ajak,<br>Defendant. | CR-24-00394-PHX-SPL-2<br><br>**NOTICE PURSUANT TO FEDERAL RULES OF CRIMINAL PROCUEDURE 12.3(a)(1) OF PUBLIC AUTHORITY DEFENSE**<br><br>Assigned to Honorable Steven P. Logan |

Peter Biar Ajak, by and through his counsel, Kurt M. Altman, and pursuant to Federal Rules of Crininal Procedure 12.3(a)(1), hereby provides notice of defendant's intention to assert a public authority defense.

Excludable delay under 18 U.S.C. § 3161(h)(1)(D) may result from this notice.

RESPECTFULLY SUBMITTED this 11th day of June 2025.

**KURT M. ALTMAN, P.L.C.**

*/s/ Kurt M. Altman*___________
Kurt M. Altman
*Attorneys for Defendant*

KURT M. ALTMAN, P.L.C.
12621 N TATUM BLVD., #102
PHOENIX, AZ 85032
(602) 689-5100

I hereby certify that on the 11th day of June 2025,

I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Steven P. Logan
United States District Court Judge
logan_chambers@azd.uscourts.gov

Amy Chang
Assistant United States Attorney
Amy.Chang@usdoj.gov

Raymond Woo
Assistant United States Attorney
Raymond.Woo@usdoj.gov

M. Bridget Minder
Assistant United States Attorney
Bridget.Minder@usdoj.gov

Richard C. Bock
lingemanbock@qwestoffice.net

Dominic James Rizzi
Rizzilawaz@gmail.com
Attorneys for Defendant Keech

By: */s/ Kurt M. Altman*__________