☒ FILED  ☐ LODGED

**Jun 13 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Daniel R. Koffmann (admitted *pro hac vice*)
Marielle Paloma Greenblatt (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
Tel: (212) 849-7000
danielkoffmann@quinnemanuel.com
mariellegreenblatt@quinnamemanuel.com

*Counsel for Nonparty John Doe*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 24 Cr. 394 (SPL) |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| Abraham Chol Keech<br>Peter Biar Ajak, | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Marielle Paloma Greenblatt of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 295 Fifth Avenue, New York, New York 10016, hereby appears as counsel of record on behalf of Nonparty John Doe.

I certify that I am a member in good standing of the Bar of the State of New York and the United States District Court for the Southern District of New York, and have been admitted to appear

in this Court *pro hac vice*. I am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court.

                                                      Respectfully submitted,

Dated: June 13, 2025                     **QUINN EMANUEL URQUHART**
                                                    **& SULLIVAN, LLP**

                                       By  /s/ Marielle Paloma Greenblatt
                                          Marielle Paloma Greenblatt (admitted *pro hac vice*)
                                           295 Fifth Avenue
                                           New York, NY 10016
                                           (212) 849-7000
                                           mariellegreenblatt@quinnamemanuel.com

                                           *Counsel for Nonparty John Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, I caused the foregoing motion to be served by CM/ECF and by email on the following:

>Honorable Steven P. Logan
>United States District Judge
>logan_chambers@azd.uscourts.gov
>
>Amy C. Chang
>Raymond K. Woo
>M. Bridget Minder
>Assistant United States Attorneys
>amy.chang@usdoj.gov
>raymond.woo@usdoj.gov
>bridget.minder@usdoj.gov
>
>Kurt M. Altman
>Kurt M. Altman PLC
>kurt@almanaz.com
>
>Richard C. Bock
>Lingeman & Bock
>lingemanbock@qwestoffice.net
>
>Dominic J. Rizzi
>Law Office of Dominick Rizzi PLLC
>rizzilawaz@gmail.com

         /s/ Marielle Paloma Greenblatt
        Marielle Paloma Greenblatt